UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STONEX FINANCIAL, INC. <br> f/k/a INTL FCSTONE FINANCIAL, INC., <br><br> Petitioner, <br> v. <br><br> ALAN TREMBLY and <br> ALEX TRONCOSO, <br><br> Respondents. | Case No. 23-cv-08 <br><br> Judge Sara Ellis |

**PETITIONER STONEX FINANCIAL, INC.'S**
**MOTION FOR ENTRY OF JUDGMENT**

Petitioner StoneX Financial, Inc. ("StoneX"), through its undersigned counsel and pursuant to the Court's order on May 2, 2023 (Dkt. 26), hereby moves the Court to enter a judgment in favor of StoneX pursuant to the Court's orders granting StoneX's Petition to Confirm Arbitration Award (Dkt. 23) and StoneX's Petition to for Attorneys' Fees, Costs, and Expenses (Dkt. 26). The grounds for this Motion are as follows:

1. On January 3, 2023, StoneX filed its Petition to Confirm Arbitration Award (the "Petition to Confirm.") (Dkt. 5).

2. On March 30, 2023, this Court entered an Order granting StoneX's Petition to Confirm Arbitration Award. (Dkt. 23).

3. In that Order (Dkt. 23), the Court ordered the NFA arbitration awards should be confirmed and that judgment should be entered as follows:

    a. Judgment in favor of StoneX and against Respondent ALAN TREMBLY in the amount of $110,243.48, plus prejudgment interest in the amount of 3.25% per annum from November 20, 2018 through August 11, 2022, for a total of $123,593.51, plus additional post award interest accruing at the rate of 6.25% per annum from August 12, 2022; and
    b. Judgment in favor of StoneX and against Respondent ALEX TRONCOSO, in the amount of $112,678.61, plus prejudgment interest in the amount of 3.25% per annum from

      November 20, 2018 through August 11, 2022, for a total of $126,323.53, plus additional post award interest accruing at the rate of 6.25% per annum from August 12, 2022; and

      c.  An award of attorneys' fees and costs in favor of StoneX and against each of the Respondents incurred in connection with this judicial proceeding, pursuant to contract. Plaintiff to file petition for attorney's fees and notice for presentment by 4/20/2023.

4.    Pursuant to that Order (Dkt. 23), and the NFA Arbitration Award entered in favor of StoneX and against Respondent ALAN TREMBLY, post-award, pre-judgment interest accrues at the rate of 6.25% per annum on $123,593.51 beginning on August 12, 2022, through date of entry of judgment. From August 12, 2022, to May 5, 2023, a total of $5,629.43 post-award, pre-judgment interest has accrued at the rate of 6.25% per annum for a total of $129,222.94.

5.    Pursuant to that Order (Dkt. 23), and the NFA Arbitration Award entered in favor of StoneX and against Respondent ALEX TRONCOSO, post-award, pre-judgment interest accrues at the rate of 6.25% per annum on $126,323.53 beginning on August 11, 2022 through the date of entry of judgment. From August 12, 2022 to May 5, 2023, a total of $5,753.78 post-award, pre-judgment interest has accrued at the rate of 6.25% per annum for a total of $132,077.31.

6.    Additionally, as instructed by the Court, on April 20, 2022, StoneX filed a Petition for Attorneys' Fees, Costs, and Expenses. (Dkt. 24).

7.    On May 2, 2023, this Court granted the Petition for Attorneys' Fees, Costs, and Expenses and ordered Petitioner to file a proposed judgment order. (Dkt. 26).

8.    StoneX requests that the Court enter judgments in favor of StoneX and against Respondent Alan Trembly and Respondent Alex Troncoso on the respective NFA Awards, including pre-award and post-award, pre-judgment interest, attorneys' fees, and costs.

Date:  May 5, 2023                                                   Respectfully Submitted,

StoneX Financial, Inc.,
f/k/a INTL FCStone Financial, Inc.

By: _/s/ Thomas P. Krebs___
Thomas P. Krebs (#6229634)
Ryan J. Lowry (#6327258)
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312.832.4500
tkrebs@foley.com
rlowry@foley.com

*Attorneys for StoneX Financial, Inc.,
f/k/a INTL FCStone Financial, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023 a copy of the foregoing was: (a) filed via CM/ECF and served upon counsel of record via electronic notification; (b) emailed separately to Alan Trembly and Alex Troncoso's last known email addresses and mailed to Alex Troncoso's last known home address; and (c) emailed separately to Terrence Campbell at tcampbell@cotsiriloslaw.com.

/s/ Thomas P. Krebs
Thomas P. Krebs
*Counsel for Petitioner*
*StoneX Financial, Inc.*